**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| CHAD TONGREN, | ) | |
| | ) | Case No. 2:26-cv-00491-MPB-MG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRUE WAGONER AND SMYRNA READY MIX CONCRETE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND</u>**

Comes now the Plaintiff, Chad Tongren, by counsel, and for his claims against the above-named Defendants, alleges and states:

## I. PARTIES

1. Plaintiff Chad Tongren ("Tongren") is a resident of Parker, Colorado.

2. Defendant True Wagoner ("Wagoner") resides in Brazil, Indiana.

3. Defendant Smyrna Ready Mix Concrete, LLC ("Smyrna") is a ready-mix, aggregates, and cement company with 563 concrete plants across 24 states with its principal place of business in Murfreesboro, Tennessee.

4. Defendant Smyrna is owned by Hollingshead Holding Company, LLC, which has four members whom reside in the State of Tennessee; Jeffrey Hollingshead, Michael Hollingshead, Ryan Hollingshead, and Melissa Hollingshead.

## II. JURISDICTION AND VENUE

5. This Court has diversity jurisdiction over the parties under 28 U.S.C. § 1332(a)(1). The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and no Defendant is a citizen of the same state as Plaintiff.

6. Venue is proper in this Court under 28 U.S.C. § 1332(a)(1) as the motor vehicle collision involving Tongren and Wagoner on November 15, 2024, occurred in this District.

## III. LEGAL CLAIMS

### COUNT I-NEGLIGENCE, RECKLESSNESS, AND NEGLIGNCE PER SE

7. Plaintiff incorporates by reference paragraphs 1-6 as if fully set forth herein.

8. On November 15, 2024, Tongren was driving a motor vehicle westbound on I-70 in Putnam County, Indiana.

9. On November 15, 2024, Defendant Wagoner was operating a commercial Freightliner tractor owned by Defendant Smyrna westbound on I-70 in Putnam County, Indiana, while in the course and scope of his employment with Defendant Smyrna and under the authority of Defendant Smyrna's DOT #01738904.

10. On November 15, 2024, Defendant Wagoner, while in the course and scope of his employment with Defendant Smyrna and operating under the authority of Defendant Smyrna's DOT #01738904, had a duty to operate Defendant Smyrna's Freightliner tractor in a reasonable and safe manner and in accordance with Indiana traffic laws and Federal Motor Vehicle laws and regulations.

11. On November 15, 2024, Defendant Wagoner, while operating Defendant Smyrna's commercial Freightliner tractor westbound on I-70 in Putnam County, Indiana, attempted to change lanes without sufficiently verifying there was no traffic in the adjacent lane and struck the motor vehicle operated by Tongren, pushing it into the highway barrier.

12. Defendant Wagoner' actions in attempting to change lanes without sufficiently verifying there was no traffic in the adjacent lane, striking the motor vehicle operated by Tongren, and pushing it into the highway barrier, were negligent and reckless.

13. Defendant Wagoner' actions in attempting to change lanes without sufficiently verifying there was no traffic in the adjacent lane, striking the motor vehicle operated by Tongren, and pushing it into the highway barrier, violated Indiana traffic laws and Federal Motor Vehicle laws and regulations, constituting negligence per se.

14. As a result of the negligent, reckless, and negligent per se actions of Defendant Wagoner and Defendant Smyrna, Tongren has suffered serious and permanent physical injuries, has incurred and will continue to incur medical expenses and lost income, and has suffered other compensable damages under Indiana law including but not limited to pain and suffering, the inability to function as a whole person, lost income, and a diminished earning capacity.

WHEREFORE, the Plaintiff, Chad Tongren, by counsel, requests judgment be entered in his favor and against the Defendants in an amount to be proven at trial, for costs of this action, and for all other relief proper in the premises.

HOVDE DASSOW + DEETS, LLC

_/s/ Nicholas C. Deets________
Nicholas C. Deets, #17293-53

HOVDE DASSOW + DEETS, LLC
10201 N. Illinois Street, Suite 500
Indianapolis, IN 46290
Telephone: 317-818-3100
Fax: 317-818-3111
Email: ndeets@hovdelaw.com

**JURY DEMAND**

The Plaintiff, by counsel, respectfully requests trial by jury.

HOVDE DASSOW + DEETS, LLC

__/s/ Nicholas C. Deets________
Nicholas C. Deets, #17293-53